UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HERMAN MINOR,   CASE NO. 23-24946-CIV-DIMITROULEAS
                        (23-24589-CIV-DIMITROULEAS)
                        (19-20536-CR-DIMITROULEAS)

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**FINAL JUDGMENT AND ORDER DISMISSING/DENYING MOTION TO VACATE**

THIS CAUSE is before the Court on Movant (Minor's) unsworn December 19, 2023 Motion to Vacate [DE-1].  The Court has considered the Court file and Pre-Sentence Investigation Report [CR-DE-31] and finds as follows:

1. On August 23, 2019, Movant was indicted and charged with Possession of a Firearm and Ammunition by a Convicted Felon [CR-DE-3].  The Crime occurred on June 15, 2019.

2. He pled guilty on February 4, 2020 on an open plea.  [CR-DE-20].  There was a signed Factual Proffer Statement.  [CR-DE-21].

3. The PSIR [CR-DE-31] reflected felony convictions for:

    A. Armed Robbery, Fleeing or Eluding, and Resisting an Officer with Violence on February 6, 2002.  He received a county jail sentence followed by community control.  Community Control was revoked, and he was sentenced to three (3) years in prison on October 31, 2003.  (para. 21 of PSIR).

  B. Possession with Intent to Sell or Deliver Cannabis on October 31, 2003. He was sentenced to three (3) years in prison. (para. 27 of PSIR).

  C. Possession of a Firearm by a Convicted Felon and Carrying a Concealed Firearm on April 5, 2013. He was placed on probation. On October 9, 2014, probation was revoked, and he was sentenced to 33.45 months in prison. (para. 32 of PSIR).

4, The PSIR indicated that during the instant crime, Minor pointed the firearm at a female acquaintance on multiple occasions. (para. 3 of PSIR).

5. On June 24, 2020, Judge Moreno sentenced Minor to 84 months in prison. [CR-DE-33].

6. On September 10, 2020, Minor filed a *pro se* Emergency Motion to Correct Sentence. [CR-DE-34]. On September 21, 2020, this Court dismissed/denied the Motion. [CR-DE-38]. Rehearing was denied on October 6, 2020. [CR-DE-41]. No appeal was taken.

7. On May 24, 2022, and June 13, 2022, this Court denied a Motion to Appoint Counsel. [CR-DE-44, 48]. An appeal was dismissed on October 11, 2022. [CR-DE -65].

8. On June 17, 2022, this Court denied a Motion to Vacate. [DE-3 in 22-21847cv]. The Appeal was dismissed on November 17, 2022. [DE-15 in 22-21847 cv].

9. On January 30, 2023, this Court denied a Motion for Compassionate Release. [CR-DE-67]. On February 10, 2023, a Motion to Transfer Prisons was denied. [DE-21 in 22-21847cv]. On December 6, 2023, this Court dismissed/Denied a motion to vacate [CR-DE-70]. No appeal has been filed. On December 27, 2023, the Eleventh Circuit transferred[1] the instant motion to vacate to this court. [DE-2-1].

---

[1] Perhaps, Minor intended this motion to be a request for a certificate of appealability from the appellate court.

10. In this latest collateral attack, Minor again contends that his conviction is unconstitutional. He relies on unpersuasive district court opinions. The Court again lacks jurisdiction to consider this successive Motion to Vacate. 28 U.S.C. § 2244(b)(2). Moreover, this motion is time-barred. *See, U.S. v. Garrett,* 2023 WL 7390845 *1 (N.D. Ala (2023). Minor's request is also procedurally defaulted. *See, Garrett *2.*

11. On the merits, there is no Second Amendment violation. First, *N.Y. State Rifle v Bruen*, 142 S. Ct. 2111 (2022) has not been given retroactive application. *Battles v. U.S.*, 2023 WL 346002 (E.D. Mo. 2023). Second, it applies to ordinary, law-abiding citizens; Minor has been to prison twice. *See, Garrett *2.* This court is bound by *U.S. v. Rozier,* 598 F. 3d 768, 771 (2010). Finally, *Range v. Attorney General,* 69 F. 4th 96 (3rd Cir. 2023) is only persuasive on this Court, and it is also distinguishable, in that Range only had a prior misdemeanor (although punishable under Pennsylvania law up to five years) conviction for food stamp fraud.

Wherefore, Minor's Motion to Vacate [DE-1] is Dismissed, as successive and time-barred, and alternatively denied on the merits. He may now petition the Eleventh Circuit Court of Appeals for permission to file a successive petition. 28 U.S.C. § 2244(b)(3)(A). The Court denies a certificate of appealability.

The Clerk shall close their case and deny any pending motions as Moot.

The Clerk shall mail a copy of this order to Mr. Minor.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of January, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Herman Minor, #25848-104
USP – Big Sandy
Inmate Mail
PO Box 2068
Inez, KY  41224

Yisel Valdes, AUSA